**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | *AUSA: Terri Marinari* |
| | **:** | |
| **v.** | **:** | **Criminal No. 25-264** |
| | **:** | |
| **DeWHITE DAWKINS** | **:** | *AFD: Elizabeth J. Toplin* |
| *Reg. No. 42145-511* | **:** | |

**O R D E R**

**AND NOW,** this **15th** day of **April 2026,** upon consideration of the joint letter request to continue sentencing which the Court will construe as a Motion to Continue, it is hereby **ORDERED** that the Motion is **GRANTED**.

The **Sentencing** hearing will now be held on **June 30, 2026**, at **10:00 am**, in Courtroom 13B, before the Honorable Kai N. Scott, United States District Court Judge, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Counsel shall submit sentencing memoranda, mitigation materials, and any proposed witness lists no later than one week prior to the sentencing hearing.

**BY THE COURT:**

*s/Kai N. Scott*

_____
**THE HONORABLE KAI N. SCOTT**
United States District Court Judge
for the Eastern District of Pennsylvania