**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | *AUSA: TERRI MARINARI* |
| | : | |
| **V.** | : | **CRIMINAL NO. 25-264** |
| | : | |
| **DEWHITE DAWKINS** | : | *AFD: ELIZABETH TOPLIN* |
| *REG. NO. 42145-511* | : | |

### NOTICE RESCHEDULING HEARING

Take notice that the defendant in the above-entitled case is scheduled for Sentencing on **September 9 2026, 10:00 am,** before the **Honorable Kai N. Scott, in Courtroom 13B of the United States District Court, 601 Market Street, Philadelphia, PA 19106**.

*COUNSEL SHALL SUBMIT SENTENCING MEMORANDA TO THE COURT AND ASSIGNED PROBATION OFFICER NO LATER THAN SEVEN (7) BUSINESS DAYS PRIOR TO THE HEARING.*

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☒ This proceeding has been rescheduled from **August 6, 2026**.

**For additional information, please contact the undersigned.**

**By:** *s/Sue Flaherty*

**Susan Flaherty, Courtroom Deputy
to the Hon. Kai N. Scott
Phone: 267-299-7598
Susan_Flaherty@paed.uscourts.gov**

**Date: July 7, 2026
cc via U.S. Mail: Defendant
cc via email:    Counsel Captioned Above
                 U.S. Marshal
                 Court Notices**